# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

LARRY JONES #146246,

    Plaintiff,

v

HEIDI E. WASHINGTON, KENNETH MCGEE, TONY TRIERWEILER, THOMAS MACKIE, TIMOTHY BALL, RUM THOMAS, INSPECTOR N. CUSACK, INSPECTOR WAKEFIELD, INSPECTOR WELTON, JEREMY JOHNSON,

    Defendants.

NO. 1:17-cv-406

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

_____/

## AFFIDAVIT OF RICHARD RUSSELL

I, Richard Russell, being duly sworn, depose and say as follows:

1. I am presently the Manager of the Grievance Section in the Office of Legal Affairs of the Michigan Department of Corrections [MDOC], with my office in Lansing, Michigan. I have held this position since May 1, 2011.

2. If sworn as a witness, I can testify competently to the facts contained within this affidavit.

3. As the Manager of the Grievance Section my duty is the oversight of the Step III prisoner grievance process as defined in PD 03.02.130, "Prisoner/Parolee Grievances".

4. When a grievance is received at Step I, it receives a unique grievance identifier consisting of: the three-character abbreviation of the facility where the

grievance arose, the year the grievance was received, the month the grievance was received, a unique grievance number, and a grievance category code. The grievance category code—which consists of a one or two-digit number, a letter, and sometimes a second number—designates the category or the subject matter of the underlying grievance. A table containing the grievance category code is attached as Attachment A.

5. I have reviewed IBC-16-05-1159-28e (Attachment B). At Step I, this grievance was assigned a grievance category code of 17z (Personnel, other), denoting that the grievance was regarding a Personnel issue that did not fall under the other grievance categories for Personnel issues. At Step II, this grievance was rejected for being untimely. At Step III, the grievance category code was changed to 28e (Grievance Rejections, Untimely), to reflect that the grievance had been rejected as being untimely. By changing the grievance category code to 28e, the Step III decision accepted the Step II's rejection of the grievance as untimely.

6. The documents referenced in this affidavit are records of regularly conducted activity of the MDOC. The records were made at or near the time of the occurrences reflected, by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters. These documents are kept in the regular course of business of the MDOC. Any copy of these records attached to or accompanying this affidavit are true and accurate copies of the original records.

AFFIANT SAYS NOTHING FURTHER.

_____
Richard D. Russell

Subscribed and sworn to before me, a Notary Public, on the 13 day of February, 2017

_____
Notary Public
_____ County, Michigan

My commission expires: _____

**NICOLE WILLSON**
**NOTARY PUBLIC - STATE OF MICHIGAN**
**COUNTY OF EATON**
My Commission Expires August 24, 2023
Acting in the County of Ingham

# ATTACHMENT A

## GRIEVANCE CODES

| | | | |
|---|---|---|---|
| **1** | | | **Accounting** |
| | a. | | Monies not posted |
| | b. | | Monies removed |
| | c. | | Assignment pay |
| | d. | | Monies transferred or pending Transfer from prior facility |
| | e. | | Parole holds |
| | f. | | Debt holds |
| | g. | | Health care co-pay |
| | h. | | Prisoner store purchase issues |
| | i. | | Indigency |
| | z. | | Other |
| **2** | | | **Assignments** |
| | a. | | Removal |
| | b. | | Work report |
| | c. | | Pay issues |
| | d. | | Qualifications |
| | e. | | Work pool status |
| | f. | | Safety |
| | g. | | Lay-in |
| | z. | | Other |
| **3** | | | **Conditions of Confinement** |
| | a. | | Overcrowding/Double bunking |
| | b. | | Protection/safety |
| | c. | | Smoking/non-smoking |
| | d. | | Health/sanitation |
| | e. | | General conditions |
| | f. | | Reasonable accommodations |
| | g. | | Cell cleaning materials |
| | h. | | Quartermaster (state issue) |
| | z. | | Other |
| **4** | | | **Community Residential Programs (CRP)** |
| | a. | | Eligibility |
| | b. | | Termination |
| | z. | | Other |
| **5** | | | **Disciplinary** |
| | a. | | Due process |
| | b. | | Sanctions imposed |
| | z. | | Other |
| **6** | | | **Discrimination** |
| | a. | | Race |

|   |    |   |                                                              |
|---|----|---|--------------------------------------------------------------|
|   | b. |   | Sex                                                          |
|   | c. |   | Religion                                                     |
|   | d. |   | Age                                                          |
|   | e. |   | Handicap                                                     |
|   | z. |   | Other                                                        |
| 7 |    |   | **Due Process**                                              |
|   | a. |   | Disposition                                                  |
|   | b. |   | Hearing not conducted                                        |
|   | c. |   | No notice of intent                                          |
|   | d. |   | Confiscation receipt/contraband Removal slip not provided    |
|   | e. |   | Time limits                                                  |
|   | f. |   | Copies of documents not provided                             |
|   | z. |   | Other                                                        |
| 8 |    |   | **File**                                                     |
|   | a. |   | Inaccurate information                                       |
|   | b. |   | PSI information                                              |
|   | c. |   | Expungement request                                          |
|   | d. |   | Missing information                                          |
|   | e. |   | Name change                                                  |
|   | f. |   | SPON                                                         |
|   | g. |   | Label (homosexual, escape, STG etc.)                         |
|   | h. |   | Computation error                                            |
|   | z. |   | Other                                                        |
| 9 |    |   | **Food**                                                     |
|   | a. |   | Portions                                                     |
|   | b. |   | Nutritional value                                            |
|   | c. |   | Sanitation                                                   |
|   | d. |   | Dietary substitution                                         |
|   | e. |   | Standards                                                    |
|   | f. |   | Vegetarian diet                                              |
|   | z. |   | Other                                                        |
| 10|    |   | **Time computation**                                         |
|   | a. |   | Computation errors                                           |
|   | b. |   | Warden's decision                                            |
|   | c. |   | Policy                                                       |
|   | d. |   | Good time/disciplinary credits                               |
|   | z. |   | Other                                                        |
| 11|    |   | **Grievances**                                               |
|   | a. |   | Timeliness                                                   |
|   | b. |   | Lack of response                                             |
|   | c. |   | Lack of forms                                                |
|   | d. |   | Rejections                                                   |

|    |    |    |                                                              |
|----|----|----|--------------------------------------------------------------|
|    | e. |    | Respondent                                                   |
|    | f. |    | Procedure                                                    |
|    | g. |    | Grievance coordinator                                        |
|    | h. |    | Interview                                                    |
|    | z. |    | Other                                                        |
| 12 |    |    | **Health Care**                                              |
|    | a. |    | Dental                                                       |
|    | b. |    | Mental health (DCH services)                                 |
|    | c. |    | Psychological services (all sex/assaultive offender programs)|
|    | d. |    | Physician services                                           |
|    | e. |    | Nursing services                                             |
|    | f. |    | Medication                                                   |
|    | g. |    | Optometrist/eyeglasses                                       |
|    | h. |    | Special diets                                                |
|    | i. |    | Special detail                                               |
|    | z. |    | Other                                                        |
|    |    | 1  | Lack of treatment                                            |
|    |    | 2  | Timeliness of treatment                                      |
|    |    | 3  | Quality of treatment                                         |
|    |    | 4  | Attitude/behavior of practitioner                            |
| 13 |    |    | **MSI**                                                      |
|    | a. |    | Removal                                                      |
|    | b. |    | Work reports                                                 |
|    | c. |    | Pay issues                                                   |
|    | d. |    | Qualifications                                               |
|    | e. |    | Assignment/promotion                                         |
|    | f. |    | Safety                                                       |
|    | g. |    | Lay-in                                                       |
|    | h. |    | Services (laundry, eyeglasses, shoes)                        |
|    | z. |    | Other                                                        |
| 14 |    |    | **Library**                                                  |
|    | a. |    | Law                                                          |
|    | b. |    | General                                                      |
|    | c. |    | Hours                                                        |
|    | d. |    | Materials/equipment                                          |
|    | e. |    | Access                                                       |
|    | f. |    | Photocopies                                                  |
|    | z. |    | Other                                                        |
| 15 |    |    | **Mail**                                                     |
|    | a. |    | Rejections                                                   |
|    | b. |    | Legal                                                        |
|    | c. |    | Missing Items                                                |
|    | d. |    | Postage                                                      |

|    |    |    |                                                              |
|----|----|----|--------------------------------------------------------------|
|    | e. |    | Timeliness                                                   |
|    | f. |    | Non-delivery                                                 |
|    | g. |    | Inspection                                                   |
|    | h. |    | Indigent status                                              |
|    | z. |    | Other                                                        |
| 16 |    |    | **Parole Board**                                             |
|    | a. |    | Timeliness of hearings                                       |
|    | b. |    | Timeliness of response                                       |
|    | c. |    | Due process                                                  |
|    | d. |    | Inaccurate information                                       |
|    | z. |    | Other                                                        |
| 17 |    |    | **Personnel**                                                |
|    | a. |    | Harassment, general                                          |
|    | b. |    | Harassment, retaliation                                      |
|    | c. |    | Harassment, sexual  (Note recent DOM changes for PREA cases.)|
|    | d. |    | Harassment, religion                                         |
|    | e. |    | Harassment, racial                                           |
|    | f. |    | Swearing, vulgarity                                          |
|    | g. |    | Shakedowns/patdowns                                          |
|    | h. |    | Smoking                                                      |
|    | i. |    | Failure to follow policy/procedure and housing unit rules    |
|    | j. |    | Drug and alcohol abuse                                       |
|    | k. |    | Knock and announce (female facilities)                       |
|    | l. |    | One on one (female facilities)                               |
|    | z. |    | Other                                                        |
| 18 |    |    | **Policy/procedure**                                         |
|    | a. |    | Department level                                             |
|    | b. |    | Facility level                                               |
|    | c. |    | Administrative rule                                          |
|    | d. |    | DOM                                                          |
|    | z. |    | Other                                                        |
| 19 |    |    | **Property**                                                 |
|    | a. |    | Contraband                                                   |
|    | b. |    | Rejected                                                     |
|    | c. |    | Staff negligence                                             |
|    | d. |    | Lost/damaged in transfer within facility                     |
|    | e. |    | Lost/damaged in transfer between facilities                  |
|    | f. |    | Theft                                                        |
|    | g. |    | Laundry (damaged, lost, stolen)                              |
|    | z. |    | Other                                                        |
| 20 |    |    | **Religion**                                                 |
|    | a. |    | Religion recognized                                          |

|    |    |   |                                  |
|----|----|---|----------------------------------|
|    | b. |   | Services permitted               |
|    | c. |   | Materials or itemized allowed    |
|    | d. |   | Days observed                    |
|    | e. |   | Food/holidays                    |
|    | z. |   | Other                            |
| 21 |    |   | **Security Classification**      |
|    | a. |   | Confinement                      |
|    | b. |   | Management                       |
|    | c. |   | Actual placement                 |
|    | z. |   | Other                            |
| 22 |    |   | **Segregation**                  |
|    | a. |   | Placement                        |
|    | b. |   | Continuance                      |
|    | c. |   | Sanitation                       |
|    | d. |   | Physical health issues           |
|    | e. |   | Mental health issues             |
|    | f. |   | Out-of-cell activities           |
|    | g. |   | Allowable property               |
|    | h. |   | Telephone privileges             |
|    | i. |   | Library access                   |
|    | j. |   | LOP break                        |
|    | z. |   | Other                            |
| 23 |    |   | **Telephone Calls**              |
|    | a. |   | Access to, general               |
|    | b. |   | Access to, emergency             |
|    | c. |   | PIN related                      |
|    | d. |   | Attorney related                 |
|    | e. |   | Time allowed                     |
|    | f. |   | Monitoring                       |
|    | z. |   | Other                            |
| 24 |    |   | **Transfers**                    |
|    | a. |   | Regional                         |
|    | b. |   | Lateral                          |
|    | c. |   | Departure/waivers                |
|    | d. |   | Camp                             |
|    | e. |   | SAI                              |
|    | f. |   | CRP                              |
|    | z. |   | Other                            |
| 25 |    |   | **Visits**                       |
|    | a. |   | Timeliness of processing         |
|    | b. |   | Overcrowding/length of visit     |
|    | c. |   | Visiting hours                   |

|    |    |    |                                                                                                                                                  |
|----|----|----|--------------------------------------------------------------------------------------------------------------------------------------------------|
|    | d. |    | Denials                                                                                                                                          |
|    | e. |    | Staff shakedowns                                                                                                                                 |
|    | f. |    | Restrictions                                                                                                                                     |
|    | g. |    | Terminations                                                                                                                                     |
|    | h. |    | Staff impropriety                                                                                                                                |
|    | z. |    | Other                                                                                                                                            |
| 26 |    |    | **Staff Corruption**                                                                                                                             |
|    | a. |    | Excessive use of force                                                                                                                           |
|    | b. |    | Verbal abuse                                                                                                                                     |
|    | c. |    | Drug/alcohol dealing                                                                                                                             |
|    | d. |    | Conflict of interest                                                                                                                             |
|    | e. |    | Taking bribes                                                                                                                                    |
|    | f. |    | Extortion                                                                                                                                        |
|    | g. |    | Stealing                                                                                                                                         |
|    | h. |    | Sexual activities                                                                                                                                |
|    | i. |    | Set-ups/conspiracies                                                                                                                             |
|    | z. |    | Other                                                                                                                                            |
| 27 |    |    | **Non-Grievable Issues**                                                                                                                         |
|    | a. |    | Decisions made in hearings conducted by LARA hearings officers and decisions made in minor misconduct hearings.                                  |
|    | b. |    | Content of Department wide policy and procedure.                                                                                                 |
|    | c. |    | Content of administrative rules and Director's Office Memoranda (DOM).                                                                           |
|    | d. |    | Decisions made by the Parole Board and recommendations made by its hearing officers to grc rescind, amend or revoke parole, or not to proceed with a lifer interview or a public hearing. |
|    | z. |    | Other                                                                                                                                            |
| 28 |    |    | **Grievance Rejections**                                                                                                                         |
|    | a. |    | Duplicate                                                                                                                                        |
|    | b. |    | Vague, illegible, extraneous information                                                                                                         |
|    | c. |    | Multiple issues                                                                                                                                  |
|    | d. |    | Prohibited language                                                                                                                              |
|    | e. |    | Untimely                                                                                                                                         |
|    | f. |    | Modified access, procedure                                                                                                                       |
|    | g. |    | Lack of jurisdiction                                                                                                                             |
|    | h. |    | Deleted                                                                                                                                          |
|    | i. |    | Failed to attempt to resolve issue with staff                                                                                                    |
|    | j. |    | Did not appeal to next step, filed new grievance                                                                                                 |
|    | k. |    | Joint grievance by 2 or more prisoners or identical individual grievances                                                                        |
| 29 |    |    | **Programming**                                                                                                                                  |
|    | a. |    | GED                                                                                                                                              |
|    | b. |    | College attendance                                                                                                                               |
|    | c. |    | Correspondence                                                                                                                                   |
|    | d. |    | Substance abuse                                                                                                                                  |

| | z. | Other | |
|---|---|---|---|

# ATTACHMENT B



STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
LANSING

RICK SNYDER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION
83088

**To Prisoner:** Jones   **#:** 146246

**Current Facility:** IBC

**Grievance ID #:** IBC-16-05-1159-28e (17z)

**Step III Received:** 9/2/2016

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".
**Your Step III appeal is hereby denied  The grievance identifier has been changed from 17z to 28e at Step II..**

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

*[signature]*

Richard D. Russell,
Manager Grievance Section,
Office of Legal Affairs

**Date Mailed:**   SEP 2 1 2016

cc: Warden, Filing Facility:   IBC

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248 12/97
CSJ-247B

Date Received by Grievance Coordinator at Step II __8-12-16__

Grievance Identifier: __IBC1 16 05 1159 17Z__

INSTRUCTIONS: THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE. The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I resonse in a timely manner) MUST be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED - MDOC
SEP 06 2016
Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: __M. Vroman__
Step II __Grievance Coor__ by __7/22/16__. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909

| Name (first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| LARRY DARNELL JONES | #146346 | MBP | E-B-15 | 5-13-16 | 7-15-16 |

**STEP II – Reason for Appeal** 1). The 5-16-16 MDOC Memo of Step-I Griev. Coordinator M. Robinson, is attached. See (3 lg-ttd Memo) 2). "No" Step-I Response was provided. 3). No the goldenrod copy is attached. 4). The only Grievance Rejection Letter that was provided was for IBC 16-05-1390-28E that referenced this grievance being appealed. See attached Document(s). 5). The 7-18-16 Step-I Response is attached to this appeal.

Date Received by Step II Respondent: __8-12-16__

**STEP II – Response**

see attached.

T. TRIERWEILER  /s/ Tony Trierweiler  __8-13-16__
Respondent's Name (Print)   Respondent's Signature   Date

Date Returned to Grievant: __8/15/16__

**STEP III – Reason for Appeal** 1). On August 29, 2016, the Grievant received the Step-II Response. The Grievant's First Amendment Rights to petition the Government for redress of grievances was violated when transferred to make the grievance untimely.

NOTE: Only a copy of this appeal and the response will be returned to you.

STEP III – Director's Response is attached as a separate sheet.

If you find the Step III Director's response unsatisfactory, you have the option of referring the grievance to the Office of Legislative Corrections Ombudsman, 4th Floor, Capitol Hall, 115 W. Allegan, Lansing, Michigan, 48913.

Step III:  Pink – Step II:  Goldenrod – Grievant

# Step II Appeal Response

Grievance Identifier: IBC 16-05-1159-17Z
Name: Jones
Number: 146246
Institution: IBC
Lock: MBP E-B-15 (was IBC 1-226 until 6-7-16)

Response: Step I response by M. Robinson, Step I Grievance Coordinator, is both adequate and appropriate to address the allegations or concerns presented in the grievance.

RUM Mitch Vroman, as IBC's Step II Griev. Coord., rejects this grievance since it is untimely. Prisoner Jones lists the "Incident Date" as 5-13-16. The Step I response was sent to Jones on 7-14-16. Jones had requested and was sent an appeal form on 6-30-16. Jones apparently then waited until 7-15-16 to write his appeal since that is the date he listed as "Today's Date" on his appeal form. And RUM Vroman did not receive prisoner Jones' appeal until 8-12-16. The time period from 5-13-16 until 8-12-16 is almost three months, which indicates Jones' appeal is very untimely and therefore rejected.

Tony Trierweiler, Warden                 *[signature]*           8-15-16
Respondent's Name              Respondent's Signature            Date

EB15

# MICHIGAN DEPARTMENT OF CORRECTIONS
## PRISONER/PAROLEE GRIEVANCE FORM

4835-4247 10/94
CSJ-247A

Date Received at Step I: 5/16/16    Grievance Identifier: LBC1160511115911712

**Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.**

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| LARRY DARNELL JONES | #460346 | LBC | 1-226 | 5/13/16 | 5/15/16 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 5-13-16
If none, explain why. The Grievant discussed the excessive use of force with the Respondent C/O Johnson, and ARUS Buchin, and was told by Buchin, to talk with the Sergeant. The issue not resolved.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

1). On 5-13-16 the Grievant was pulled out of his cell #1-226 for a Doctor Appointment at approximately (0830 hrs) by C/O Johnson, and C/O Meyers. At the time, C/O Johnson placed the handcuffs on the Grievant, the Respondent C/O Johnson, used excessive force when he injured the Grievant's left and right wrists, in violation of the Eighth Amendment, and the MDOC Work Rule 28, and the Respondent violated Workplace Safety, see MDOC Work Rule 53, when he misused State property and equipment MDOC Work Rule 4 to injure a prisoner, See MDOC Work Rule 1.

2). To relief the Respondent should be disciplined for failure to pay attention to duty. See MDOC Work Rule 33.

Grievant's Signature: [signature]

RESPONSE (Grievant Interviewed?) ☑ Yes ☐ No    If No, give explanation. If resolved, explain resolution.

(SEE Attached Response)

Respondent's Signature: M. Robinson    Date: 7/12/16    Working Title: CRR-10
Respondent's Name (Print): M. ROBINSON

Reviewer's Signature: B Young    Date: 7/13/16    Working Title: CPC MGR
Reviewer's Name (Print): B Young

Date Returned to Grievant: 7/14/16
If resolved at Step I, Grievant sign here. Resolution must be described above.
Grievant's Signature: _____    Date: _____

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

## Step I Grievance Response

| Grievance Number: | IBC-16-05-1159-17Z |
|---|---|
| Prisoner Name: | Jones |
| Prisoner Number: | 146246 |

Prisoner [X] was  [ ] was NOT interviewed. GIVE REASON:

### SUMMARY OF COMPLAINT:
Prisoner Jones #146246 claims C/O Meyers and C/O Johnson use excessive force when placing handcuff on him and as a result injured his left and right wrist.

### INVESTIGATION INFORMATION
The edvidence produced in the investigation did not substanitiate any policy violations.

### APPLICABLE POLICY, PROCEDURE, ETC.
PD. 03.02.130

### SUMMARY
An investigation was conducted concerning prisoner Jones #146246 allegation against C/O Meyers and C/O Johnson. It was determined that the evidence produced in this investigation did not substantiate any policy violations and this matter is considered Closed/ Denied.

| RESPONDENT NAME: | M. Robinson | TITLE: | CRR-10 |
|---|---|---|---|
| RESPONDENT SIGNATURE: | M. Robinson | DATE: | 7/12/16 |

| REVIEWER NAME: | B Younes | TITLE: | CPC Mgr |
|---|---|---|---|
| REVIEWER SIGNATURE: | B Younes | DATE: | 7-13-16 |